UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDELKA BASS,

        Plaintiff,

– *against* –

DAVID HOUT
*and* ADMIRAL MERC MFR FREIGHT,

        Defendants.

**<u>ORDER</u>**

13 Civ. 8516 (ER)

Ramos, D.J.:

    The case management conference scheduled for 11:30am on January 8, 2020 is hereby canceled. The parties are directed to submit a joint status report by Friday, January 10, 2020 informing the Court of whether they wish to ask the Court's assistance in facilitating settlement or set a date for trial.

It is SO ORDERED.

Dated:    January 3, 2020
             New York, New York

                                              EDGARDO RAMOS, U.S.D.J.