UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDELKA BASS,

    Plaintiff,

-against-

DAVID HOUT, et al.,

    Defendants.

13-CV-8516 (ER) (BCM)

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

At the parties' request (Dkt. No. 60), the settlement conference currently scheduled for April 1, 2020, at 2:15 p.m., is adjourned to **June 16, 2020, at 2:15 p.m.** All other provisions of the Order Scheduling Settlement Conference (Scheduling Order) (Dkt. No. 59) remain in effect, including the requirements that each party submit confidential settlement letters one week in advance of the conference, conduct at least one good-faith settlement discussion, in person or by telephone, and convey to each opposing party at least one good-faith settlement demand or offer, in advance of the deadline for submitting settlement letters.

The parties' request for the conference to be conducted telephonically is denied without prejudice to renewal if the ongoing public health emergency persists, in which case the Court will permit some or all of the attendees to attend the settlement conference telephonically. The parties shall discuss their plans for attendance during their pre-conference discussions, in accordance with ¶ 2 of the Scheduling Order, and shall inform the Court, on their Acknowledgement Form, which parties and attorneys plan to attend the conference in person and which plan to attend telephonically.

Dated: New York, New York
       March 17, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**