UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDELKA BASS,

                Plaintiff,

       – *against* –

DAVID HOUT *and* ADMIRAL MERC MFR FREIGHT,

                Defendants.

**ORDER**

13 Civ. 8516 (ER)

RAMOS, D.J.:

    The parties are directed to appear at a status teleconference on July 8, 2020 at 10:45 a.m. The parties may call (877) 411-9748 and enter access code 302 9857 at that time.

It is SO ORDERED.

Dated:   June 23, 2020
            New York, New York

                                          EDGARDO RAMOS, U.S.D.J.